308

Hal Francis HAWK, Administrator etc., et al. v. Honorable Willis W. RITTER, United States District Judge for the District of Utah.

No. 4194.

United States Court of Appeals
Tenth Circuit.

Nov. 13, 1950.

J. D. Skeen and F. Robert Bayle, Salt Lake City, Utah, for petitioners.

Van Cott, Bagley, Cornwell and McCarthy, Salt Lake City, Utah, for respondent.

Before HUXMAN, MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Petition for writ of prohibition denied November 13, 1950.

HIGHWAY INSURANCE UNDERWRITERS v. O. L. HARVEY, d.b.a. O. L. Harvey Truck Service.

No. 4172.

United States Court of Appeals
Tenth Circuit.

Jan. 2, 1951.

Draper Grigsby and James D. Foliart, Oklahoma City, Okl., for appellant.

Dudley, Duvall & Dudley, Oklahoma City, Okl. and Charles Sims, Seminole, Okl., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed January 2, 1951, on motion of appellant.

Cornelius P. MOORE, d.b.a. Con Moore's Distillery, v. A. V. ANDERSON, District Supervisor, 13th Supervisory District, Alcohol Tax Unit, Bureau of Internal Revenue.

No. 4184.

United States Court of Appeals
Tenth Circuit.

Dec. 7, 1950.

William E. Doyle and Joseph M. McDonald, Denver, Colo., for petitioner.

No appearance for respondent.

Before PHILLIPS, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Petition for review dismissed December 7, 1950, on motion of petitioner.